# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**AMANDA ADAMS**                                                                                      **PLAINTIFF**

**v.**                                              **NO. 3:15-CV-208-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is REMANDED for proceedings specified in the Court's order.

DATED this 14th day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE