**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**AMANDA ADAMS**                                                                                   **PLAINTIFF**

**V.            CASE NO.: 3:15CV00208 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                        **DEFENDANT**

## ORDER

Plaintiff Amanda Adams has moved for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Docket entry #16) She seeks fees and expenses in the amount of $2,373.27. The Commissioner does not object to the amount requested. (#18) The Commissioner states, however, that payment should be subject to offset for any debt Ms. Adams may owe to the Government.

Accordingly, Ms. Adams's motion (#16) is GRANTED, and she is awarded $2,373.27 in fees and expenses, subject to offset, if she has outstanding government debt.

Also pending is Ms. Adams's motion to substitute counsel. (Docket entry #15) For good cause shown, Ms. Adams's motion is GRANTED. Attorney Stephanie B. Wallace is substituted as counsel of record for Ms. Adams.

DATED this 17th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE